# **EXHIBIT B-1**

**(List of Ordinary Course Professionals - $100,000 cap)**

| Professional | Address | Type of Service |
|---|---|---|
| FTI Consulting, Inc.[1] | 16701 Melford Blvd., Suite 200<br>Bowie, MD 20715 | Forensic Accounting Services |

---

[1] The Debtor intends to seek reimbursement from available insurance coverage for fees and expenses owed to FTI Consulting, Inc. as an OCP for post-petition forensic accounting services.  In the event that FTI's gross fees for forensic accounting services exceed the applicable OCP Cap, the Debtor anticipates the actual amounts the Debtor will be obligated to pay FTI as an OCP for such forensic accounting services, net of insurance reimbursements, will be equal to or lower than the applicable OCP Cap.