# **EXHIBIT B-2**

**(List of Ordinary Course Professionals - $15,000 cap)**

| Professional | Address | Type of Service |
|---|---|---|
| Elijah[1] | 111 N Wabash Suite 2018<br>Chicago, IL 60602 | Digital forensics and IT services |
| Hellmuth & Johnson PLLC | 233 Broadway, Suite 2208<br>New York, NY 10279 | Legal – Insurance |
| Archipel Tax Advice | Pr. Beatrixlaan 5, 2595 AK Den Haag, Netherlands | Tax – Netherlands |
| 4You Accountancy | Maerten Trompstraat 25, 2628 RC Delft, Netherlands | Accounting Services – Netherlands |
| Codelegal B.V. | Lange Voorhout 11<br>2514 EA DEN HAAG, Netherlands | Legal – Netherlands |
| Weide & Miller, LTD | 10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 | Legal – Patent and IP |
| Deloitte Tax LLP | 555 West 5th Street, Suite 2700<br>Los Angeles CA 90013-1010 | Tax – State and Federal |

---

[1] The Debtor intends to seek reimbursement from available insurance coverage for fees and expenses owed to Elijah as an OCP.  In the event that Elijah's gross fees exceed the applicable OCP Cap, the Debtor anticipates the actual amounts the Debtor will be obligated to pay Elijah, net of insurance reimbursements, will be equal to or lower than the applicable OCP Cap.

160257.01600/124062467v.1