**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CYBER LITIGATION INC.,[1] | Case No. 20-12702 (CTG) |
| Debtor. | **Hearing Date: September 27, 2021 at 10:00 a.m. (ET)** |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* AND *VIDEOCONFERENCE* HEARING
ON SEPTEMBER 27, 2021 AT 10:00 A.M. (ET)[3]

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST REGISTER THROUGH ZOOM.**

**TO APPEAR BY VIDEO,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:**

**Cyber Litigation Inc.; Case No. 20-12702 (CTG)
When: September 27, 2021 10:00 AM Eastern Time (US and Canada)**

**Register in advance no later than FRIDAY, SEPTEMBER  24TH AT 4:00 PM (ET):**
https://debuscourts.zoomgov.com/meeting/register/vJIsd-ygrjkqGFRcElZ5PSpgvlBq9CE84-0

**PLEASE NOTE: THE AUDIO WILL BE PROVIDED BY ZOOM.
COURTCALL WILL NOT BE USED.**

---

**MATTERS GOING FORWARD:**

1.  Motion of Adam Rogas for an Order Authorizing Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policy [Docket No. 514; filed 9/3/2021]

    Objection/Response Deadline:          September 20, 2021 at 4:00 p.m. (ET)

    Objections/Responses Received:

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are as follows: Cyber Litigation Inc. (6056).  The notice address for the Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

**[2] Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtor's claims and noticing agent at www.cases.stretto/NS8.

A.    Objection to Motion of Adam Rogas for an Order Authorizing Payment of Defense Costs and Other Loss Under NS8's Directors and Officers and Company Liability Insurance Policy [Docket. No. 534; filed 9/20/2021]

Related Documents:

B.    Adam Rogas' Reply in Further Support of His Motion for an Order Authorizing Payment of Defense Costs and Other Loss [Docket. No. 542; filed 9/22/2021]

Status:    The hearing on this matter will go forward.

2.    Debtor's Motion to Approve Settlement with Phil Vizzaccaro and Gator.io [Docket No. 515; filed 9/3/2021]

Objection/Response Deadline:          September 17, 2021 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Hanna Parties Limited Objection to, and Reservation of Rights Concerning, Debtors Motion to Approve Settlement with Phil Vizzaccaro and Gator.Io [Docket. No. 523; filed 9/17/2021]

Related Documents:

B.    Notice of Service [Docket. No. 524; filed 9/17/2021]

C.    **Motion of Phil Vizzaccaro and Gator.io for Leave to File and Serve Their Reply to the Hanna Parties' Limited Objection to, and Reservation of Rights Concerning, Debtor's Motion to Approve Settlement with Phil Vizzaccaro and Gator.io [Docket No. 544; filed 9/23/2021]**

Status:    The hearing on this matter will go forward.

3.    **Motion of Phil Vizzaccaro and Gator.io for Leave to File and Serve Their Reply to the Hanna Parties' Limited Objection to, and Reservation of Rights Concerning, Debtor's Motion to Approve Settlement with Phil Vizzaccaro and Gator.io [Docket No. 544; filed 9/23/2021]**

Objection/Response Deadline:          September 27, 2021 at 10:00 a.m. (ET)

Objections/Responses Received:          None.

Related Documents:          None.

Status:    The hearing on this matter will go forward.

Dated:  September 24, 2021
        Wilmington, Delaware

**BLANK ROME LLP**

By:  */s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Josef W. Mintz (No. 5644)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: tarr@blankrome.com
      mintz@blankrome.com

-and-

John E. Lucian (*pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: lucian@blankrome.com

-and-

**COOLEY LLP**
Michael Klein (*pro hac vice*)
Jared Kasner (*pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 479-6000
Facsimile:    (212) 479-6275
Email: mklein@cooley.com
      jkasner@cooley.com

-and-

Cullen D. Speckhart (*pro hac vice*)
Joseph Brown (*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899
Email: cspeckhart@cooley.com
      jbrown@cooley.com

*Counsel for Debtor and Debtor-in-Possession*